IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.: 7:21-CV- 027 |
| 1.100 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND DANIEL VALDEZ, JR., | § § § § § | |
| *Defendants.* | § § | |

## COMPLAINT IN CONDEMNATION

1. This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.§ 1358.

3. The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4. The public purpose for which said interest in property is taken is set forth in Schedule "B."

5. The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6. The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7. The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8. The names and addresses of known parties having or claiming an interest in said property are set forth in Schedule "G."

9. Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

    Respectfully submitted,

    **RYAN K. PATRICK**
    United States Attorney
    Southern District of Texas

By: *s/ Megan Eyes*
    **MEGAN EYES**
    Assistant United States Attorney
    Southern District of Texas No. 3135118
    Florida Bar No. 0105888
    1701 W. Bus. Hwy. 83, Suite 600
    McAllen, TX 78501
    Telephone: (956) 618-8010
    Facsimile: (956) 618-8016
    E-mail: Megan.Eyes@usdoj.gov
    Attorney in Charge for Plaintiff

and

By:  *s/ Jose Angel Flores, Jr.*
**JOSE ANGEL FLORES, JR.**
Assistant United States Attorney
Southern District of Texas No. 61877
Texas Bar No. 07164450
11204 McPherson Road, Suite 100A
Laredo, TX 78045-6576
Telephone: (956) 723-6523
Facsimile: (956) 790-1789
E-mail: Jose.Flores@usdoj.gov
Attorney for Plaintiff

## SCHEDULE A

AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

## SCHEDULE B

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-4077
Owner: Daniel Valdez, Jr.
Acres: 1.100

**BEING** a 1.100 acre (47,899 square feet) parcel of land out of Porción 75, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, also being out of the Florencia Gonzales Grant, Abstract 95, and a portion of a called 1.10 acre tract of land described in a deed dated March 27, 2015, from Maria Isabel Vera to Daniel Valdez, Jr., recorded in Volume 1442, Page 706, of the Official Records of Starr County, Texas (O.R.S.C.T.), said 1.100 acre parcel being more particularly described by metes and bounds as follows:

**COMMENCING at a point for reference** at a 5/8-inch iron rod with unreadable cap found on the south line of 4th Street for the common northeast corner of a called 0.30 of one acre tract of land, described in a deed dated August 5, 2004, from Maria Isabel Vera to Victor A. Lozano and wife, Diana V. Lozano, recorded in Volume 1009, Page 756, of the O.R.S.C.T., and the northwest corner of a called 0.2976 of one acre tract of land described in a deed dated September 25, 2008, from Yuliana Valdez to Daniel Valdez, Jr., recorded in Volume 1219, Page 786, of the O.R.S.C.T., thence as follows:

SOUTH 12°42'30" EAST, along the common east line of said 0.30 of one acre tract of land and the west line of said called 0.2976 of one acre tract, at a distance of 130.00 feet pass the southwest corner thereof a northwest corner of a called 1.10 acre tract of land described in a deed dated March 27, 2015, from Maria Isabel Vera to Daniel Valdez, Jr., recorded in Volume 1442, Page 706, of the O.R.S.C.T., and continuing a total distance of 176.01 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-RGC-4076-1=4077-1" set for the northeast corner and **POINT OF BEGINNING** of the parcel described herein, having a coordinate value of N = 16,671,659.022 and E = 828,340.510, said point bears SOUTH 40°24'10" WEST, a distance of 3,742.90 feet from United States Army Corps of Engineers Control Point No. S135, thence as follows;

**THENCE**, NORTH 69°03'36" EAST, departing said common line, over and across said 1.10 acre tract, a distance of 177.00 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-RGC-4077-2" set for an angle point of the parcel described herein;

**THENCE**, NORTH 22°36'05" EAST, continuing over and across said 1.10 acre tract, a distance of 84.54 feet to a 1/2-inch iron rod found on the common east line of said 1.10 acre tract and the west line of a called 4.372 acre tract of land described in a deed dated June 8, 1999, from Franco Perez to Romeo and Norma E. Benitez, recorded in Volume 957, Page 566, of the O.R.S.C.T., in which the description and included survey, plot within

## SCHEDULE C (Cont.)

Tract 106 and adjoin Tract 117 of Porción 75, however the land is called in said deed to be in Tract 117 and is subject to revision, for the northeast corner of the parcel described herein;

**THENCE**, SOUTH 38°51'21" EAST, along said common line, a distance of 265.77 feet to an unmarked point at the north line of the Rio Grande River (as of the time of this survey) for the southeast corner of the parcel described herein;

**THENCE**, departing said common line, along the north river line of the Rio Grande River the following directions and distances, approximating the north river line as of the time of this survey;

**THENCE:** SOUTH 81°30'44" WEST, a distance of 162.96 feet to an unmarked point;

**THENCE:** SOUTH 78°46'59" WEST, a distance of 178.70 feet to an unmarked point;

**THENCE**, NORTH 12°42'30" WEST, departing the north line of the Rio Grande River, along said common east line of said 0.30 of one acre tract of land and a west line of said called 1.10 acre tract, passing at a distance of 76.00 feet a found fence corner post and continuing a total distance of 127.60 feet to the **POINT OF BEGINNING** and containing 1.100 acres (47,899 square feet) of land.

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



Tract: RGV-RGC-4077
Owner: Daniel Valdez, Jr.
Acres: 1.100

## SCHEDULE E

ESTATE TAKEN

Starr County, Texas

Tract: RGV-RGC-4077
Owner: Daniel Valdez, Jr.
Acres: 1.100

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

**SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is TWENTY TWO THOUSAND SIX HUNDRED SIXTY SIX DOLLARS AND NO/100 ($22,666.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

## **SCHEDULE G**

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Daniel Valdez, Jr.**<br>Roma, Texas 78584 | **RGV-RGC-4077**<br>Deed of Gift, Document #2015-322934; Recorded 30 March 2015, Official Records of Starr County, Texas |
| **Ameida Salinas**<br>100 N. FM 3167, Suite 201<br>Rio Grande City, Texas 78582 | Starr County Tax Assessor-Collector<br>Property Account ID 96635 |

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
1.100 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND DANIEL VALDEZ, JR.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   STARR
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Megan Eyes, Assistant United States Attorney, SDTX, 1701 W. Bus. Hwy. 83, Suite 600, McAllen, TX 78501

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - Medical Malpractice | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| [X] 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114
Brief description of cause:
Land condemnation proceeding for fee simple interest to construct, install, operate, and maintain border security.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 01/19/2021

SIGNATURE OF ATTORNEY OF RECORD: /S/ Megan Eyes

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE