IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.   7:21-CV-027 |
| 1.100 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND DANIEL VALDEZ, JR., | § § § § § § § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned Assistant United States Attorney, Jose Angel Flores, Jr., on behalf of the United States of America, appears as co-counsel for the United States of America in this lawsuit, in addition to, Assistant United States Attorney Megan Eyes, the current attorney of record in this case.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By: *s/ Jose Angel Flores, Jr.*
**JOSE ANGEL FLORES, JR.**
Assistant United States Attorney
Southern District of Texas No. 61877
Texas Bar No. 07164450
11204 McPherson Road, Suite 100A
Laredo, TX 78045-6576
Telephone: (956) 723-6523
Facsimile: (956) 790-1789
E-mail: Jose.Flores@usdoj.gov

## CERTIFICATE OF SERVICE

I, Jose Angel Flores, Jr., Assistant United States Attorney for the Southern District of Texas, hereby certify that on 01/20/2021, I served the foregoing using the Court's ECF notification system on all parties receiving ECF notice in this case.

By: *s/ Jose Angel Flores, Jr.*
Assistant United States Attorney