# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § *Plaintiff*, § § § v. § § 1.100 ACRES OF LAND, MORE OR LESS, § SITUATE IN STARR COUNTY, TEXAS; § AND DANIEL VALDEZ, JR., ET AL., § § *Defendants*. § | Civil No. 7:21-CV-027 |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the Plaintiff, United States of America, and the Defendant, Jose Valentin Ochoa, pursuant to Fed. R. Civ. P. 71.1(i)(1)(B), who jointly stipulate to the dismissal of this case, without prejudice, each party to bear their own cost.

Respectfully submitted,

BY: /s/ Jose Valentin Ochoa
**JOSE VALENTIN OCHOA**
Defendant

**JENNIFER B. LOWERY**
Acting United States Attorney
Southern District of Texas

*s/ Megan Eyes*
**MEGAN EYES**
Assistant United States Attorney
Southern District of Texas No. 3135118
Florida Bar No. 0105888
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
Email: Megan.Eyes@usdoj.gov
Attorney in Charge for Plaintiff

and

*/s/ Jose Angel Flores, Jr.*
**JOSE ANGEL FLORES, JR.**
Assistant United States Attorney
Southern District of Texas No. 61877
Texas Bar No. 07164450
11204 McPherson Road, Suite 100A
Laredo, TX 78045-6576
Telephone: (956) 723-6523
Facsimile: (956) 790-1789
E-mail: Jose.Flores@usdoj.gov
Attorney for Plaintiff

**AMELIA SALINAS**
Starr County Tax Assessor-Collector
Defendant

## CERTIFICATE OF SERVICE

I, Megan Eyes, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on September **20th**, 2021, a copy of the foregoing was served on all parties in accordance with the Federal Rules of Civil Procedure.

By: */s/ Megan Eyes*
**MEGAN EYES**
Assistant United States Attorney