United States District Court
Southern District of Texas
**ENTERED**
September 24, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-CV-00027 |
| | § | |
| 1.100 ACRES OF LAND, MORE OR LESS, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court now considers the Joint Stipulation of Dismissal (Dkt. No. 19) filed by Plaintiff, United States of America, and Defendants, Jose Valentin Ochoa and Ameida Salinas, Starr County Tax Assessor-Collector, announcing to the Court that the parties stipulate to the dismissal of all claims by Plaintiff in this case, without prejudice. Pursuant to Federal Rule of Civil Procedure 71.1(i)(1)(B), before a judgment is entered that vests title in or possession of property to the plaintiff, the Plaintiff and affected Defendants may dismiss an action without a court order by filing a stipulation of dismissal. All parties in this case have signed a stipulation of dismissal, effectively dismissing the case and no further action by this Court is necessary.

**IT IS HEREBY ORDERED** that this case shall be **CLOSED** on the Court's docket.

SO ORDERED this 24th day of September, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge